**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PABLO CARRAZANA, | Case No.: 2:26-cv-00196-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| IKEA US RETAIL LLC and IKEA PROPERTY INC., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify each defendants' citizenship as required by that rule. I remind the defendants that as a limited liability company, defendant IKEA US Retail LLC is "a citizen of every state of which its owners/members are citizens." *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Additionally, defendant IKEA Property Inc. must identify both its place of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

I FURTHER ORDER these parties to file a proper certificate of interested parties by February 12, 2026.

DATED this 29th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE