Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
W. Elizabeth Do, Esq.
Nevada Bar No. 13861
*edo@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants*
*IKEA US Retail LLC d/b/a IKEA*
*and IKEA Property Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PABLO CARRAZANA, an individual,

Plaintiff,

vs.

IKEA US RETAIL LLC d/b/a IKEA, IKEA PROPERTY INC., DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,

Defendants.

Case No.: 2:26-cv-00196-APG-MDC

**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(SECOND REQUEST)**

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, as well as the Court's minute order [ECF No. 22], Plaintiff Pablo Carrazana ("Plaintiff") by and through his attorneys of record, Ramzy Paul Ladah, Esq. and Cassandra S.M. Cummings, Esq. of Ladah Law Firm and Defendants IKEA US Retail LLC d/b/a IKEA and IKEA Property Inc. ("Defendants" or "IKEA"), by and through their attorneys of record, Colby L. Balkenbush, Esq. and W. Elizabeth Do, Esq. of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC hereby submit their amended stipulation to extend certain discovery deadlines set forth in the Joint Discovery Plan and Scheduling Order [ECF No. 18]. The Parties' stipulation is supported by the following:

**I. Discovery Completed to Date.**

The parties have completed the following discovery:

- The parties held their Rule 26(f) conference on March 12, 2026.

WEINBERG WHEELER HUDGINS GUNN & DIAL

- Plaintiff served his initial disclosure under Rule 26(a)(1) on March 26, 2026.
- Defendants served their initial disclosure under Rule 26(a)(1) on April 14, 2026.
- Defendants served their initial written discovery on Plaintiff on April 28, 2026, and obtained Plaintiff's responses on May 27, 2026.
- Plaintiff served his first supplemental disclosure on May 27, 2026.

**II. Discovery that Remains to be Completed.**

- Deposition of Plaintiff.
- Rule 35 examination of Plaintiff.
- Deposition of Defendants' FRCP 30(b)(6) witness(es).
- Inspection of the subject chair.
- Depositions of party lay witnesses, including Plaintiff's wife.
- Disclosure of initial and rebuttal expert witnesses.
- Depositions of expert witnesses.

**III. Reasons for Extension.**

Good cause supports the requested extension. The parties have diligently been working to obtain the totality of Plaintiff's medical records and radiology images as well as Plaintiff's prior workers' compensation files for his prior work-related injuries to fully ascertain Plaintiff's claimed injuries and claimed damages. Despite the efforts, the parties are still in the process of obtaining all relevant medical records in advance of retaining expert witnesses.

Moreover, the Parties participated in a full day mediation before Howard Russell of Private Trials on September 3, 2026. While this matter did not settle at the mediation, the Parties have continued to have settlement discussions since the mediation and are hopeful that they will reach a resolution this month. Accordingly, the Parties believe that extending the initial expert deadlines by 60 days would best facilitate this early resolution effort. Without an extension, the Parties will be forced to expend significant resources preparing expert reports when settlement appears likely. Accordingly, the parties now jointly seek to extend the deadline for the close of discovery by 60 days, from September 24, 2026, to November 24, 2026, and to adjust all case deadlines accordingly. This request is made in good faith and not for delay.

WEINBERG WHEELER HUDGINS GUNN & DIAL

**IV. Proposed Schedule for Completing all Remaining Discovery.**

The parties propose the following extensions of deadlines:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Deadline to Amend Pleadings or Add New Parties | n/a | **n/a** |
| Initial Expert Disclosure | September 24, 2026 | **November 24, 2026** |
| Rebuttal Expert Disclosure | October 24, 2026 | **December 23, 2026** |
| Close of Discovery | November 24, 2026 | **January 25, 2027** |
| Deadline to File Dispositive Motions | December 23, 2026 | **February 23, 2027** |
| Joint Pretrial Order and FRCP 26(a)(3) Disclosure | January 23, 2027 | **March 23, 2027** |

**IT IS SO AGREED AND STIPULATED.**

This 17th day of September, 2026.

*/s/ Cassandra S.M. Cummings*
Ramzy Paul Ladah, Esq.
Cassandra S.M. Cummings, Esq.
Ladah Law Firm
517 S. Third St.
Las Vegas, NV 89101
*Attorneys for Plaintiff Pablo Carrazana*

This 17th day of September, 2026.

*/s/ Colby L. Balkenbush*
Colby L. Balkenbush, Esq.
W. Elizabeth Do, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants IKEA US Retail LLC d/b/a IKEA and IKEA Property Inc.*

**ORDER**

IT IS SO ORDERED.

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

September 18, 2026
**DATE**